**FILED**

05/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0501

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0501

_____

BART J. CRABTREE,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

                                                O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Bart J. Crabtree, to all counsel of record, and to the Honorable Elizabeth A. Best, District Judge.

                                              For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 25 2022